PEOPLE *v.* BUCKLEY.

ON REHEARING.

This case on rehearing is controlled by *People* v. *Buckley,* 326 Mich 533.

REID and BUSHNELL, JJ., dissenting.

Appeal from Ingham; Simpson (John), J., presiding. Submitted May 19, 1949. (Docket No. 70, Calendar No. 42,924.) Decided January 9, 1950. Submitted on rehearing April 14, 1950. Decided on rehearing June 27, 1950. Rehearing applied for by defendants Walsh, Kaminski, Kowalski, Bradley, Gallagher, and Nagel denied September 11, 1950.

William G. Buckley, Edward J. Walsh, Joseph L. Kaminski, Joseph K. Kowalski, William M. Bradley, Francis J. Nowak, Leo J. Wilkowski, Earl C. Gallagher, Ernest G. Nagel, and others were convicted of a conspiracy to corrupt the legislature of the State of Michigan by bribery. Affirmed.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *Richard B. Foster,* Special Assistant Prosecuting Attorney, for the people.

*George S. Fitzgerald* and *Paul B. Mayrand,* for appellants.

ON REHEARING.

SHARPE, J. Judgment of conviction was affirmed in this case on January 9, 1950 (326 Mich 533). The Court divided 3 to 2 with Justices CARR, BUTZEL and

DETHMERS not participating in the decision. Rehearing was granted by virtue of the authority contained in CL 1948, § 601.5 (Stat Ann § 27.25), and the appeal was resubmitted and oral arguments had.

Upon rehearing I am convinced for the reasons expressed in my former opinion that the judgment should be affirmed. It is so ordered.

BOYLES, C. J., and NORTH, J., concurred with SHARPE, J.

BUSHNELL, J. (*dissenting*). For the reasons stated in *People* v. *Omacht, ante,* 145, I am unable to agree with the conclusions reached by Mr. Justice SHARPE.

The conviction should be set aside and a new trial granted.

REID, J., concurred with BUSHNELL, J.

DETHMERS, BUTZEL, and CARR, JJ., did not sit.